GEORGE JACOBSON, *ET ALS.*, PLAINTIFFS-RESPONDENTS, v. CITY OF LONG BRANCH, *ET ALS.*, DEFENDANTS-PETITIONERS.

*Mr. Louis R. Aikins* for the petitioners.

*Mr. William Miller* for the respondents.

February 16, 1966. Denied.